**STATE OF Maine**  **District Court**
Kennebec, ss. Location: Waterville
Docket No.

David Brennan,

    Plaintiff

Vs. **COMPLAINT FOR FORCIBLE ENTRY AND DETAINER**

Gina Turcotte, and
All Other Occupants,

    Defendant(s)

    NOW COMES the Plaintiff, David Brennan, by and through Counsel and states as follows:

1. The plaintiff is the owner of the premises located at 2528 West River Road, Sidney, Kennebec County, Maine.

2. That defendant is currently a tenant at will at said premises.

3. That defendant is more than three months in arrears of payment of rent.

4. That defendant has unlawfully refused plaintiff access to the property.

5. That defendant has caused damage to the premises.

6. That defendant was served with a 7 day notice to quit, pursuant to 14 M.R.S. § 6002, on June 25, 2015 which required the defendant to quit and deliver the premises on or before July 2, 2015. The defendant has unlawfully refused to quit the premises and still refuses to quit the premises.

7. That defendant was served with a 30 day notice to quit, pursuant to 14 M.R.S. § 6002, on June 25, 2015 which required the defendant to quit and deliver the premises on or before July 25, 2015. The defendant has unlawfully refused to quit the premises and still refuses to quit the premises.

8. The Notice to Quit is attached to this complaint.

WHEREFORE, Plaintiff demands Judgment for possession of said premises and for its costs and that this Court issue a Writ of Possession directing the sheriff to cause to have possession of the premises located at 2528 West River Road, Sidney, Kennebec County, Maine.

DATED: 8/3/15

Tavis Rock Hasenfus, Esq.
Bar# 5248
Attorney for Plaintiff
Levey, Wagley & Putman, P.A.
P.O. Box 7
Winthrop, Maine 04364
207-377-6966