# CERTIFICATION OF VITAL RECORD

## STATE OF MAINE

**Department of Health and Human Services**
**Certificate of Death**

State File Number: 118-2015-506009

| Field | Value |
|---|---|
| Name Known to Physician (a.k.a) | |
| 1a. First Name | Wayne |
| 1b. Middle Name | R. |
| 1c. Last Name | Leach |
| 1d. Suffix | << >> |
| 2. Date of Death | Actual date of death May 19, 2015 |
| 3. Sex | Male |
| 4. Social Security Number | [redacted] |
| 5a. Age (yrs) Last Birthday | 77 |
| 5b. Under 1 Year (Months/Days) | |
| 5c. Under 1 Day (Hours/Minutes) | |
| 6. Date of Birth | December 12, 1937 |
| 7. Birthplace | Ellsworth, Maine |
| 8. Was Decedent Ever in U.S. Armed Forces? | No |
| 9. Place of Death | Nursing Home/Long Term Care Facility |
| 10. Facility Name | Mount St Joseph Nursing Home |
| 11. County of Death | Kennebec |
| 12. City or Town of Death | Waterville |
| 13. Marital Status at Time of Death | Divorced |
| 14. Surviving Spouse/Partner | |
| 15. Decedent's Usual Occupation | Truck Driver |
| 16. Kind of Business / Industry | Trucking |
| 17. Education | Some college credit, but no degree |
| 18. Ancestry | English |
| 19. Race | White |
| 20. Residence State | Maine |
| 21. Residence County | Kennebec |
| 22. Residence City or Town | Winslow |
| 23. Residence Street and Number | 70 E Palmer Road |
| 24a. Parent First Name | Walter |
| 24b. Middle Name | R. |
| 24c. Last Name Prior to First Marriage | Leach |
| 24d. Suffix | Unknown |
| 25a. Parent First Name | Madeline |
| 25b. Middle Name | Unknown |
| 25c. Last Name Prior to First Marriage | Scott |
| 25d. Suffix | Unknown |
| 26. Informant Name | Clark Leach |
| 27. Mailing Address | 70 E Palmer Road Winslow, Maine 04901 |
| 28. Method of Disposition | Cremation |
| 29. Date of Disposition | May 26, 2015 |
| 30. Was Body Embalmed? | No |
| 31a. Place of Disposition | Maine Coast Crematory |
| 31b. Location (City or town, state) | Searsport, Maine |
| 32a. Signature of Funeral Practitioner or Authorized Person | Dan C Adams (Signature Electronically Authenticated) |
| 32b. Name and Address of Facility or Authorized Person | Dan & Scott's Cremation and Funeral Service (Skowhegan) 445 Waterville Rd, Skowhegan, Maine 04976 |
| 33a. Signature and Title of Certifier | /S/ Monica Finley Certified Nurse Practitioner — To the best of my knowledge, death occurred at the time, date, and place, due to the cause(s) and manner as stated. |
| 33b. Date Signed | May 22, 2015 |
| 33c. Name and Address of Certifier | Monica Finley 992 Union Street, Bangor, Maine 04401 |
| 34. Was Body Viewed After Death? | Not Applicable |
| 35. Time of Death | 05:55 PM Actual time of death |
| 36. Manner of Death | Natural |
| 37. Medical Examiner Case Number | |

### 38. Cause of Death

**Part I.**

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| a. Immediate Cause of Death | Glioblastma | < 6 mo |
| b. Due to (Or as a consequence of): | | |
| c. Due to (Or as a consequence of): | | |
| d. Due to (Or as a consequence of): | | |

**Part II.** Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

| Field | Value |
|---|---|
| 39. Signature of Registrar | Martha L Henson (Signature Electronically Authenticated) |
| 40. Date Filed | May 29, 2015 |

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE ABSTRACT OR COPY OF A CERTIFICATE OR RECORD WHICH IS IN MY OFFICIAL CUSTODY.

DATE ISSUED: AUG 19 2015

TOWN OF:

ATTEST: Martha L. Henson, STATE REGISTRAR

STATE REGISTRAR/MUNICIPAL CLERK/STATE ARCHIVIST

VS-31  This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE