## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| DAVID BRENNAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Docket no. 1:15-cv-382-NT |
| | ) |
| GinA, formerly known as GINA TURCOTTE, | ) |
| | ) |
| | ) |
| Defendant | ) |

### ORDER AFFIRMING RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On October 16, 2015, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision. The Defendant filed an objection to the Recommended Decision on October 28, 2015. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that the case be remanded to the Maine District Court.

**SO ORDERED.**

/s/ Nancy Torresen
United States Chief District Judge

Dated this 20th day of November, 2015.